# Court of Appeals
# of the State of Georgia

ATLANTA,  October 15, 2014

*The Court of Appeals hereby passes the following order:*

**A15E0008.  GERALD PITTS v. STATE OF GEORGIA.**

Appellant's Motion for Extension of Time to File Discretionary Application for Appeal is DENIED.



*Court of Appeals of the State of Georgia*
 *Clerk's Office, Atlanta,*  10/15/2014
 *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
 *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*